IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY L. SIMPLER, HANK SMITH, and DAVID C. DELPERCIO, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 1:19-cv-01519-LPS ) |
| v. | ) ) |
| HSBC NORTH AMERICA HOLDINGS, INC. | ) ) |
| Defendant. | ) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant HSBC North America Holdings, Inc. hereby moves to dismiss the Complaint in this action. The grounds for this motion are set forth more fully in the accompanying opening brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

/s/ *Ryan D. Stottmann*
Kenneth J. Nachbar (#2067)
Ryan D. Stottmann (#5237)
Samuel P. Myler                   Sabrina M. Hendershot (#6286)
Nancy G. Ross                     1201 N. Market Street
Megan S. Webster                  P.O. Box 1347
MAYER BROWN LLP                   Wilmington, DE 19801
71 S. Wacker Drive                (302) 658-9200
Chicago, IL 60606                 knachbar@mnat.com
(312) 782-0600                    rstottmann@mnat.com
nross@mayerbrown.com              shendershot@mnat.com
megan.webster@mayerbrown.com        *Attorneys for Defendant HSBC North America*
smyler@mayerbrown.com                *Holdings, Inc.*

September 20, 2019

## **CERTIFICATE OF SERVICE**

I, Sabrina M. Hendershot, hereby certify that on September 20, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

>Brian B. Gottesman
>David B. Anthony
>Peter C. McGivney
>Berger Harris LLP
>1105 N. Market Street, Suite 1100
>Wilmington, DE 19801

>*/s/ Sabrina M. Hendershot*
>Sabrina M. Hendershot (#6286)