IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMY L. SIMPLER, HANK SMITH, and DAVID C. DELPERCIO, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 1:19-cv-01519-LPS |
| v. | ) ) | |
| HSBC NORTH AMERICA HOLDINGS, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER
TO STAY DEADLINES PENDING FINAL SETTLEMENT**

Plaintiffs Amy L. Simpler, Hank Smith, and David C. Delpercio (collectively, "Plaintiffs") and defendant HSBC North America Holdings, Inc. ("Defendant") hereby notify the Court that that they have agreed in principle to a settlement of the above-captioned case. The parties hereby stipulate, subject to approval of the Court, to a 30-day stay of all deadlines in this matter pending finalization of the parties' settlement agreement. Upon finalizing the parties' settlement agreement, Plaintiffs intend to dismiss this action with prejudice.

2

| | |
|---|---|
| BERGER HARRIS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/   *David B. Anthony*  | /s/   *Sabrina M. Hendershot*  |
| Brian M. Gottesman, Esq. (#4404) | Kenneth J. Nachbar (#2067) |
| David B. Anthony, Esq. (#5452) | Ryan D. Stottmann (#5237) |
| Peter C. McGivney, Esq. (#5779) | Sabrina M. Hendershot (#6286) |
| 1105 N. Market Street, Ste 1100 | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 655-1140 | Wilmington, DE 19801 |
| bgottesman@bergerharris.com | (302) 658-9200 |
| danthony@bergerharris.com | knachbar@mnat.com |
| pmcgivney@bergerharris.com | rstottmann@mnat.com |
| | shendershot@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

OF COUNSEL:

Samuel P. Myler
Nancy G. Ross
Megan S. Webster
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
nross@mayerbrown.com
megan.webster@mayerbrown.com
smyler@mayerbrown.com

August 10, 2020

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge Leonard P. Stark